No. 192. SOUTHERN PACIFIC Co. *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Wm. R. Harr* and *Charles H. Bates* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. Claude R. Branch, George C. Butte,* and *Louis R. Mehlinger* for the United States.

No. 194. HEBERT *v.* FIRST NATIONAL BANK OF ABBEVILLE. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Mr. Charles A. McCoy* for petitioner. *Mr. Philip S. Pugh* for respondent.

No. 195. WOODLIFF *v.* CITIZENS BUILDING & REALTY Co. ET AL. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Richard S. Woodliff, pro se,* for petitioner. *Mr. Larry S. Davidow* for respondents.

No. 196. CHICAGO, ROCK ISLAND & PACIFIC R. Co. *v.* TALBERT. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. M. L. Bell, W. F. Dickinson, Luther Burns, Henry S. Conrad, L. E. Durham,* and *Thomas P. Littlepage* for petitioner. *Mr. Horace Guffin* for respondent.

No. 197. PUBLIC SERVICE COMMISSION OF INDIANA ET AL. *v.* VINCENNES WATER SUPPLY Co. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Arthur L.*

568

*Gilliom* and *James M. Ogden* for petitioners.   *Mr. Clyde H. Jones* for respondent.

No. 201. FRANK MILLER Co. *v.* BASSICK MFG. Co. October 21, 1929.   Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Frank S. Busser* for petitioner.   *Mr. Lynn A. Williams* for respondent.

No. 202. BOSARGE ET AL. *v.* ALABAMA.   October 21, 1929. Petition for writ of certiorari to the Court of Appeals of Alabama denied.   *Mr. Harry H. Smith* for petitioners. *Mr. Charlie C. McCall* for respondent.

No. 203. MONONGAHELA WEST PENN PUBLIC SERVICE CORP'N *v.* ALBEY.   October 21, 1929.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   *Mr. Lawrence R. Pugh* for petitioner. *Mr. Roy N. Merryman* for respondent.

No. 204. MISSOURI PACIFIC R. Co. *v.* WHEELER.   October 21, 1929.   Petition for writ of certiorari to the Supreme Court of Missouri denied.   *Messrs. Edward J. White* and *Harry R. Stocker* for petitioner.   *Mr. W. H. Douglass* for respondent.

No. 205. FORT DODGE, DES MOINES & SOUTHERN R. Co. *v.* YARN.   October 21, 1929.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth